**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ZOLTAN DOBI,**
    **Plaintiff,**

**vs.**                                           **3:06cv142/RV/MD**

**JAMES V. CROSBY, JR., et al.,**
    **Defendants.**

_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 19, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's motion for voluntary dismissal (doc. 9) is GRANTED and this case is dismissed without prejudice.

DONE AND ORDERED this 19th day of June, 2006.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**